# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff
    v.

CASE NO. 4:07-cr-34-SPM

THEODORE HARRIS,
    Defendant
_____/

## ORDER OF RELEASE

The Defendant, THEODORE HARRIS, being sentenced to a term of probation, the U.S. Marshal shall release the defendant from custody.

DONE and ORDERED this 19th day of November, 2007

STEPHAN P. MICKLE
UNITED STATES DISTRICT JUDGE